THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWIN W. FISKE, Appellant, *v.* CHARLES C. SCHUM et al., as Inspectors of Election in the Sixth Election District of the Fourth Ward of the City of Mount Vernon, et al., Defendants, and EDWARD F. BRUSH, Respondent.

*People ex rel. Fiske v. Schum,* 181 App. Div. ——, affirmed.

(Argued January 28, 1918; decided February 5, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 18, 1918, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the inspectors of election of the sixth election district of the fourth ward of the city of Mount Vernon to reconvene and in the presence of the parties or their attorneys to proceed forthwith to unseal and open the ballot box of the said election district, containing the ballots of the soldiers and sailors which were canvassed aforesaid, to take therefrom the ballots therein which were each and all protested at the time of the canvassing thereof and indorse on the back of each a memorandum of the protest thus made, and sign such indorsement; then to unseal and open the package of protested, void and wholly blank ballots for said election district, place therein such ballots so indorsed and reseal said package and deliver the same to the commissioners of election of the county of Westchester.

*Sydney A. Syme, Arthur M. Johnson* and *Frank A. Bennett* for appellant.

*George H. Taylor, Jr., James H. Cavanaugh* and *J. Henry Esser* for respondent.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN and MCLAUGHLIN, JJ. Dissenting on ground that section 520 of the Election Law justified an order directing a recanvass and recount of the soldier vote: CRANE, J.